PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| Jessalynn DeGrasse ) | Case No. 06-20484-01 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jessalynn DeGrasse, have discussed with Stephanie K. Denton, Pretrial Services Officer, modification of my release condition as follows:

1) Refrain from any use of unlawful possession of a narcotic drug or other controlled substance
2) Submit to any method of testing required by Pretrial Services
3) Participate in a program of inpatient or outpatient substance abuse treatment if deemed advisable by Pretrial Services

All other conditions of release will remain in effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 1/5/07        _Stephanie K Denton_ 1/5/07
Signature of Defendant        Date              Pretrial Services Officer        Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____ 1/12/07
Signature of Defense Counsel        Date

[X] The above modification of conditions of release is ordered, to be effective on  1/18/07

[ ] The above modification of conditions of release is not ordered.

s/ Diane K. Vescovo         1/18/07
Signature of Judicial Officer        Date